# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CARRIE PARSONS, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No: 1:24-cv-10057-SKD-PTM |
| v. | Hon. Susan K. DeClercq |
| LEAR CORPORATION, | Mag. Patricia T. Morris |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Carrie Parsons, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against Defendant, Lear Corporation. The Defendant has not served a responsive pleading.

Date: December 4, 2024  

Respectfully submitted,

*/s/ Jesse L. Young*
Jesse L. Young (P72614)
**SOMMERS SCHWARTZ, P.C.**
141 E. Michigan Avenue, Suite 600
Kalamazoo, Michigan 49007
(269) 250-7500
jyoung@sommerspc.com

Jonathan Melmed (CA SBN 290218)
Laura Supanich (P85849) (CA SBN 314805)

1

**MELMED LAW GROUP, P.C.**
1801 Century Park East, Suite 850
Los Angeles, CA 90067
(310) 824-3828
jm@melmedlaw.com
lms@melmedlaw.com

*Attorneys for Plaintiff*