UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Carrie Parsons,

    Plaintiff

v.

Lear Corporation,

    Defendant
_____/

Case No. 1:24-cv-10057

Honorable Susan K. DeClercq
United States District Judge

## ORDER DISMISSING CASE

Plaintiff filed a Notice of Voluntary Dismissal With Prejudice under Civil Rule 41(a)(1)(A)(i). ECF No. 18.

Accordingly, it is **ORDERED** that this case is **DISMISSED.**

**This order closes the above-captioned case**.

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: 12/16/2024