24-10057 2

**OPT-IN FORM**

I consent to join in the Settlement, and I choose the law firms and attorneys at **SOMMERS SCHWARTZ, P.C.** and **MELMED LAW GROUP P.C.**, as my attorneys to represent me in this Settlement. I consent to having Plaintiff Carrie Parsons and Plaintiffs' Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of the settlement of this litigation, the releasing of claims, and all other matters pertaining to the lawsuit and Settlement.

By submitting this form, I knowingly and voluntarily release, waive, and discharge Lear Corporation and all other Released Parties, from any and all federal, state, and local claims for unpaid wages related to the calculation of the regular rate of pay that accrued during my employment working at Lear Corporation between January 4, 2021 and August 31, 2024, including any related penalties, interest, liquidated damages, attorneys' fees, and costs.

Dated: 1/17/2025, 2025

Jeffrey Hill
Print Name

[signature]
Signature

FILED
JAN 28 2025
CLERK'S OFFICE
DETROIT

Jeffrey Hill
22620 Glastonbury Gate St.
Southfield, MI 48034

METROPLEX MI 480
23 JAN 2025 PM 16 L

FOREVER

Office of the Clerk of
United States District
231 W. Lafayette Blvd
Detroit, MI 48226

48226-277758

PRIORITY® MAIL

VISIT US AT USPS.COM®
Label 106A, Nov 2018

United States
Postal Service

This product is for use with Priority Mail®.
Misuse may be a violation of federal law.
This tab.d is not for resale.